PLAINTIFF

    VS.

DEFENDANT

                                    CIVIL ACTION NO.

**DOCUMENT FILED IN ERROR**